# EXHIBIT A



Add fraud alert

## Potentially negative items

No **Public Record** items appear on your report.



**Account name**
FIDELITY PROPERTIES INC

885 S SAWBURG AVE STE 103
ALLIANCE, OH 44601
330 821 9700
**Address identification number**
0897696618

**Original creditor**
ASHTABULA CLINIC

**Account number**
7877059

**Type**
Collection
**Terms**
1 Months

**On record until**
Oct 2024

**Recent balance**
$91 as of 09/01/2020

**Credit limit or original amount**
$91
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date opened**
10/2018

**Date of status**
10/2018
**First reported**
03/2019
**Responsibility**
Individual

**Status**
Collection account.
$91 past due as of
Sep 2020.

**Account history**

| 2020 | | | | | | | 2019 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

Collection as of Mar 2019 to Sep 2020

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Aug 2020: $91 / No data / No data / No data
Jul 2020: $91 / No data / No data / No data
Jun 2020: $91 / No data / No data / No data
May 2020: $91 / No data / No data / No data
Apr 2020: $91 / No data / No data / No data
Mar 2020: $91 / No data / No data / No data
Feb 2020: $91 / No data / No data / No data
Jan 2020: $91 / No data / No data / No data
Dec 2019: $91 / No data / No data / No data
Nov 2019: $91 / No data / No data / No data
Oct 2019: $91 / No data / No data / No data
Sep 2019: $91 / No data / No data / No data
Aug 2019: $91 / No data / No data / No data
Jul 2019: $91 / No data / No data / No data
Jun 2019: $91 / No data / No data / No data
May 2019: $91 / No data / No data / No data
Apr 2019: $91 / No data / No data / No data
Mar 2019: $91 / No data / No data / No data
The original amount of this account was $91

**Account name**    **Account number**    **Recent balance**    **Date opened**    **Status**

| FIDELITY PROPERTIES INC | 7877779 | $177 as of 09/01/2020 | 10/2018 | **Collection account. $177 past due as of Sep 2020.** |
|---|---|---|---|---|
| 885 S SAWBURG AVE STE 103<br>ALLIANCE, OH 44601<br>330 821 9700<br>**Address identification number**<br>0897696618<br>**Original creditor**<br>ASHTABULA CLINIC | **Type**<br>Collection<br>**Terms**<br>1 Months<br>**On record until**<br>Oct 2024 | **Credit limit or original amount**<br>$177<br>**High balance**<br>$0<br>**Monthly payment**<br>$0<br>**Recent payment amount**<br>$0 | **Date of status**<br>10/2018<br>**First reported**<br>03/2019<br>**Responsibility**<br>Individual | |

**Account history**

| 2020 | | | | | | | 2019 | | | | | | | | | | | |
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

Collection as of Mar 2019 to Sep 2020

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Aug 2020: $177 / No data / No data / No data
Jul 2020: $177 / No data / No data / No data
Jun 2020: $177 / No data / No data / No data
May 2020: $177 / No data / No data / No data
Apr 2020: $177 / No data / No data / No data
Mar 2020: $177 / No data / No data / No data
Feb 2020: $177 / No data / No data / No data
Jan 2020: $177 / No data / No data / No data
Dec 2019: $177 / No data / No data / No data
Nov 2019: $177 / No data / No data / No data
Oct 2019: $177 / No data / No data / No data
Sep 2019: $177 / No data / No data / No data
Aug 2019: $177 / No data / No data / No data
Jul 2019: $177 / No data / No data / No data
Jun 2019: $177 / No data / No data / No data
May 2019: $177 / No data / No data / No data
Apr 2019: $177 / No data / No data / No data
Mar 2019: $177 / No data / No data / No data
The original amount of this account was $177



Accounts in good standing